UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Daquan Anderson

                             Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 -CR- 24 ( )( ) (MKV)

Defendant __Daquan Anderson__ hereby voluntarily consents to participate in the following proceeding via _✓_ videoconferencing or ___ teleconferencing:

___    Initial Appearance Before a Judicial Officer

_✓_    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

_X_    Conference Before a Judicial Officer


Defendant authorized verbally
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Daquan Anderson_
Print Defendant's Name

_[signature]_
Defendant's Counsel's Signature

_Eric R. Breslin_
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

5/27/21
Date

_Mary Kay Vyskocil_
U.S. District Judge/U.S. Magistrate Judge