**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
--------------------------------------x
                                      :
UNITED STATES OF AMERICA              :
                                      :
         -against-                    :
                                      :
                                      :
   Daquan Anderson                    :
                                      :
--------------------------------------x
```

```
┌──────────────────────────────────┐
│ USDC SDNY                         │
│ DOCUMENT                          │
│ ELECTRONICALLY FILED              │
│ DOC #:_____             │
│ DATE FILED: __7/19/21__           │
└──────────────────────────────────┘
```

**ORDER**

   21cr241
   Docket #

___Mary Kay Vyskocil___, **DISTRICT JUDGE:**
         Judge's Name

The C.J.A. attorney assigned to this case

___Eric Breslin_____ is hereby ordered substituted
         Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to __Benjamin Zeman_____.

                        Attorney's Name

                              **SO ORDERED.**

Dated 7/19/21
New York, New York

_____
      **UNITED STATES DISTRICT JUDGE**