```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/30/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v.- | 21 Cr. 241 (MKV) |
| DAQUAN ANDERSON, | **MODIFIED TRIAL SCHEDULING ORDER** |
| Defendant. | |

MARY KAY VYSKOCIL, United States District Judge

The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow jury trials to proceed as safely as possible during the COVID-19 pandemic. Under the centralized calendaring system currently in place, the Clerk's Office schedules up to three jury trials to begin on each day of jury selection: a primary case and up to two back-up cases that may proceed in its place if the primary case does not go forward.

On May 27, 2021 the Court informed the Parties that it would seek to schedule a trial date for the fourth quarter of 2021, to which both Parties agreed. [ECF No. 18, Tr. at 15:4-24]. The Court accordingly proceeded to request a jury trial for that time period.

Originally, this case was placed on the jury trial list for October 5, 2021. The case is now scheduled for a jury trial on **October 27, 2021**. The case must be trial-ready for that date. The case is first on the prioritized list for jury trials for that day.

It is hereby ORDERED that the following trial schedule will be in effect as to Defendant Daquan Anderson:

- Trial will commence on **October 27, 2021** at a time and courtroom to be notified;

- Jury charge requests, proposed *voir dire* questions, and any motions *in limine* will be due **October 6, 2021**;

- Any opposition papers to motions *in limine* will be due **October 13, 2021**;

- The final pre-trial conference will be scheduled for **October 20, 2021, at 2:00pm** in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: August 30, 2021
New York, New York

*Mary Kay Vyskocil*
_____
MARY KAY VYSKOCIL
United States District Judge