```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

DAQUAN ANDERSON,

                Defendant.

21 Cr. 241 (MKV)

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge

On August 30, 2021 the Court informed the Parties that trial in this case would commence on October 27, 2021, and set a trial schedule consistent with that date. [ECF No. 24]. Thereafter, the Parties represented to the Court that Defendant had agreed to a plea agreement.

Therefore, it is hereby ORDERED that the October 27, 2021 trial date and trial schedule [ECF No. 24] are adjourned. The Parties are directed to appear for a change of plea hearing on **September 21, 2021, at 9:00am** in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. Interested parties may dial 888 278-0296 using access code 5195844 to listen remotely.

    SO ORDERED.

Dated:  September 15, 2021
           New York, New York

                                              _____
                                                MARY KAY VYSKOCIL
                                                United States District Judge