UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,                    1:21-cr-0241 (MKV)

                        -against-                    **ORDER**

DAQUAN ANDERSON

                        Defendants.

_____

MARY KAY VYSKOCIL, United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/24/22

 

    Sentencing scheduled for January 26th at 10 am is hereby ADJOURNED to February 28th at 1pm.  The proceeding will take place in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, 10007.

**SO ORDERED.**

**Date: January 24, 2021**

MARY KAY VYSKOCIL
United States District Judge